Opinion issued February 17, 2011



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-00934-CV

———————————

Nine hundred and seventy-six dollars U.S. Currency and a 2005 Black
Cadillac CTS (Chazz McKinney), Appellant

V.

The State of
Texas, Appellee



 



 

On Appeal from the 10th District Court 

Galveston County, Texas



Trial Court Case No. 09CV0383

 



 

MEMORANDUM OPINION

On November 22, 2010, appellant, Chazz McKinney, filed a
motion to dismiss this appeal.  The
motion complies with the Texas Rules of Appellate Procedure. See Tex.
R. App. P. 42.1(1).  

          We have not yet issued a
decision.  Accordingly, we grant the
motion and dismiss the appeal.

          We dismiss any pending motions as
moot.

          We direct the Clerk of this Court to
issue the mandate within 10 days.  Tex. R. App. P. 18.1.  

PER CURIAM

Panel
consists of Chief Justice Radack and Justices Alcala and Bland.